Opinion issued December
2, 2010 




 
 
 
  
 
 
 




 

 

                              

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00582-CV

———————————

 

NANCY D. RUTHERFORD, Appellant

 

V.

 

MICHAEL G. RUTHERFORD, Appellee

 



 

On Appeal from the 257th District Court

Harris County,
Texas

Trial Court Cause No. 2007-20734

 



 

MEMORANDUM
OPINION

Appellant, Nancy D. Rutherford, has
filed a Notice to Withdraw Appeal, stating that she “no longer desires to
proceed with the appeal [and] withdraws her appeal and will not be proceeding
with the matter before this Court.”  We
construe appellant’s notice as a motion to dismiss, complies with Texas Rules
of Appellate Procedure.  More than 10 days
have elapsed since she has filed her motion, and no objection has been filed.  See Tex. R. App. P. 10.3(a).  No opinion has issued.  Accordingly, we grant the motion, and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).








We overrule all other pending motions
as moot, and direct the Clerk to issue mandate within 10 days of the date of
this opinion.  See Tex. R. App. P.
18.1.

PER
CURIAM

Panel consists of Justices Jennings, Alcala, and Sharp.